No. 1095, Misc. LOMAX *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1100, Misc. FINLEY *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1102, Misc. MERRITT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1109, Misc. BEST *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1110, Misc. TURNER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1112, Misc. KING *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1119, Misc. SAULSBURY *v.* GREEN, CORRECTIONAL SUPERINTENDENT. Supreme Court of Ohio. Certiorari denied.

No. 1126, Misc. CARTER ET AL. *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.